*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joseph R. Davis                                                          Case No: 10–23729–ref

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 1/3/11                                                                  For The Court

                                                                                                             Timothy B. McGrath
                                                                                                             Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Betty                 Page 1 of 1                   Date Rcvd: Jan 03, 2011
Case: 10-23729                Form ID: 210U               Total Noticed: 17

The following entities were noticed by first class mail on Jan 05, 2011.
db           +Joseph R. Davis,    142 Hiester Rd.,    Birdsboro, PA 19508-9330
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4302
smg          +U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,
               Philadelphia, PA 19106-4404
12255339     +Chase Card Services,    POB 15163,    Wilmington, DE 19886-0001
12255340     +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
12255342     +GS Services Limited Partnership,    Collection Agency Divison,    6330 Gulfton,
               Houston, TX 77081-1108
12255341     +Goodyear,    c/o Northland Group Inc,    POB 390905,    Minneapolis, MN 55439-0905
12255343     +HSBC Card Services,    POB 17051,    Baltimore, MD 21297-1051
12255344     +Philip G. Curtin, Esq.,    1231 Lancaster Ave.,    Berwyn, PA 19312-1244
12255345     +Sears Credit Cards,    POB 183081,    Columbus, OH 43218-3081
12255346     +Wells Fargo Financial Cards,    POB 98971,    Las Vegas, NV 89193-8971

The following entities were noticed by electronic transmission on Jan 04, 2011.
12255338      Fax: 800-813-8164 Jan 04 2011 05:29:20     21st Mortgage Corp.,    POB 477,    Knoxville, TN 37901
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 05, 2011**                    **Signature:** _Joseph Speetjens_